**Dismissed and Opinion Filed October 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00298-CV

**TFHSP SERIES LLC, SERIES MAT-1, Appellant**

**V.**

**MANUFACTURERS AND TRADERS TRUST COMPANY, D/B/A M&T BANK, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01401**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice O'Neill[1], and Justice Rosenberg[2]
Opinion by Justice Rosenberg

Before the Court is the appellant's October 4, 2019 unopposed motion to dismiss advising that the parties have reached an agreement. Accordingly, appellant no longer wishes to pursue this appeal. We **GRANT** the motion and **DISMISS** the appeal. TEX. R. APP. P. 42.1(a)(1).

/Barbara Rosenberg/
BARBARA ROSENBERG
JUSTICE, ASSIGNED

180298f.p05

---

[1] The Hon. Michael J. O'Neill, Justice of the Court of Appeals for the Fifth District of Texas at Dallas, Retired, sitting by assignment.

[2] The Hon. Barbara Rosenberg, Justice of the Court of Appeals for the Fifth District of Texas at Dallas, sitting by assignment.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TFHSP SERIES LLC, SERIES MAT-1,
Appellant

No. 05-18-00298-CV     V.

MANUFACTURERS AND TRADERS
TRUST COMPANY, D/B/A M&T BANK,
Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-01401.
Opinion delivered by Justice Rosenberg.
Chief Justice Burns and Justice O'Neill
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 21st day of October 2019.